**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ESSEX INSURANCE COMPANY,

       Plaintiffs,

v.                                    Case No. 11-12293

XTREME FITNESS STERLING HEIGHTS and
FRANK ALAMPI,

       Defendant.

_____/

**ORDER HOLDING IN ABEYANCE PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AND ADJOURNING THE OCTOBER 12, 2011 MOTION HEARING**

On October 11, 2011, the court conducted a telephone conference with counsel

for Plaintiff Essex Insurance Company and Defendant Frank Alampi, at which time

counsel for Alampi requested that the hearing on Plaintiff's motion for default judgment

as to Defendant xTreme Fitness Sterling Heights be adjourned until the end of

discovery in the case.  Counsel for Plaintiff acquiesced in Defendant Alampi's request,

and the court indicated that it would hold in abeyance Plaintiff's motion and adjourn the

hearing.  The court further stated that it would consider Plaintiff's motion for default

judgment simultaneously with any dispositive motions filed at the end of discovery.

Accordingly,

IT IS ORDERED that Defendant's Motion for Default Judgment

[Dkt. # 8] is HELD IN ABEYANCE, and the October 12, 2011 hearing is ADJOURNED.

Plaintiff's motion will be adjudicated concurrently with any dispositive motion filed at the end of discovery.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  October 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2011, by electronic and/or ordinary mail.

S/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522