# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ESSEX INSURANCE COMPANY,

    Plaintiff,

v.                                                      Case No. 11-12293

XTREME FITNESS STERLING HEIGHTS and
FRANK ALAMPI,

    Defendants.
                                              /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Plaintiff's Motions for Default Judgment as to Defendant Xtreme Fitness and for Summary Judgment As to Defendant Frank Alampi" dated February 17, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Essex Insurance Company and against Defendant Frank Alampi. Dated at Detroit, Michigan, this 17th day of February 2012.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT


                                            S/ Lisa Wagner
                                        By: Lisa Wagner, Case Manager
                                            to Judge Robert H. Cleland